

**ORDERED in the Southern District of Florida on July 21, 2015.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.15-10168-BKC-RAM

CHAPTER 13

IN RE:

FRANCISCO J. ISAZA
and ADRIANA T. ALVAREZ,
        Debtors.
_____/

**ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM NO. 5 FILED BY NATIONSTAR**
**MORTGAGE, LLC**

THIS CAUSE having come on to be heard at 9:00 a.m.,

on July 14, 2015,  on the Debtors' Objection to Claim No. 5 filed by Nationstar Mortgage,

LLC, [ECF 76], this Court having heard argument of counsel and based upon the record,

it is,

**ORDERED**:

1.    Claim No. 5 filed by Nationstar Mortgage, LLC, as a secured claim, in the

1

amount of $123,933.71 with an arrearage amount of $3,075.64, is SUSTAINED, as this

claim is being treated outside the Debtors' Plan.

# # #

**Submitted by:**
Michael A. Frank, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

**Copies furnished to:**
Michael A. Frank, Esquire
Nancy Neidich, Trustee
Nationstar Mortgage, LLC, Attn: Bankruptcy Dept.,
Nationstar Mortgage, LLC,
Nationstar Mortgage, LLC, Attn: Jay Bray, MGR

Attorney, Michael A. Frank, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt.