

**ORDERED in the Southern District of Florida on July 21, 2015.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-10168-BKC-RAM

CHAPTER 13

IN RE:

FRANCISCO J. ISAZA
and ADRIANA T. ALVAREZ,
        Debtors.
_____/

### ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM NO. 4 FILED BY PHH MORTGAGE, CORP.

THIS CAUSE having come on to be heard at 9:00 a.m., on July 14, 2015, on the Debtors' Objection to Claim No. 4 filed by PHH Mortgage, Corp, [ECF 74], this Court having heard argument of counsel and based upon the record, it is,

**ORDERED**:

1.      Claim No. 4 filed by PHH Mortgage, Corp., as a secured claim, in the amount

1

of $226,586.03, with an arrearage amount of $36.78, is SUSTAINED, as this claim is being

treated outside the Debtors' Plan.

# # #

**Submitted by:**
Michael A. Frank, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

**Copies furnished to:**
Michael A. Frank, Esquire
Nancy Neidich, Trustee
PHH Mortgage, Corp.,
PHH Mortgage Corp., Attn: Glen A. Messina, President

Attorney, Michael A. Frank, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt.